UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TRAVIS C MILLS ET AL** | **CASE NO.  3:25-CV-00239** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROCKET MORTGAGE L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 37], and noting no written and filed objections thereto,

**IT IS ORDERED** that the Motions to Remand [Doc. Nos. 5, 16, 20] filed by Defendants, Rocket Mortgage and Herschel Adcock, are **DENIED**.

**IT IS FURTHER ORDERED** that the Rule 12(b)(1) Motions to Dismiss for Lack of Subject Matter Jurisdiction [Doc. Nos. 5, 16, 20] filed jointly by Defendants, Rocket Mortgage and Herschel Adcock, be **GRANTED IN PART** and **DENIED IN PART**. Counts 3, 5, 6, 7, and 8 of Plaintiff's complaint are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) Motions to Dismiss for Failure to State a Claim [Doc. Nos. 5, 16, 20] filed jointly by Defendants, Rocket Mortgage and Herschel Adcock; the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [Doc. No. 23] filed by Defendant, Judge Walter Caldwell; and the Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process [Doc. No. 26] filed by Defendant, Sheriff Mike Tubbs, are **GRANTED** and claims against all Defendants

are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that consistent with the Magistrate Judge's Report and Recommendation, the Court hereby warns Plaintiffs that any further inappropriate use of generative artificial intelligence ("GenAI") in filings before this Court "could result in sanctions, such as the striking of their briefs, fines, or other appropriate actions."[1]

MONROE, LOUISIANA, this 24th day of November 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] [Doc. No. 37, at p. 8].